DEMUTH, Appellant, v. KEMP, Respondent. (Supreme Court, Appellate Division, Second Department. April 28, 1911.) Action by Jeannette Demuth against George Kemp. (Appeal No. 1.) No opinion. Order reversed, with $10 costs and disbursements, motion denied, with costs, and the execution and lien there-

under of the appellant reinstated, upon the authority of Laird v. Carton, 196 N. Y. 169, 89 N. E. 822, 25 L. R. A. (N. S.) 189, and Brearley School, Limited, v. Ward (decided by the Court of Appeals March 28, 1911) 94 N. E. 1001. See, also, 129 N. Y. Supp. 249.